# IN THE SUPREME COURT OF THE STATE OF NEVADA

KIRAN PATEL,
                    Appellant,

vs.

MAHALAXMI PATEL,
                    Respondent.

No. 80000

FILED

NOV 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

On March 16, 2020, this court issued an order removing this appeal from the settlement program and directing appellant to file a transcript request form by March 30, 2020, a docketing statement by April 6, 2020, and an opening brief or informal brief by July 14, 2020. When appellant failed to file these documents, this court issued an order on September 23, 2020, directing appellant to file the missing documents within 14 days. This court warned appellant that failure to comply may result in the dismissal of this appeal as abandoned. *See* NRAP 14(c); NRAP 31(d).

20-41449

To date, appellant has failed to file the missing documents or to otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal and

ORDER this appeal DISMISSED.[1]

Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
       Kiran Patel
       Mario D. Valencia
       Eighth District Court Clerk

---

[1]Respondent's motion to dismiss this appeal, filed on October 27, 2020, is denied as moot.